BAILEY v. CELOTEX CORP.

No. 245P95

Case below: 118 N.C.App. 734

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

BATCHELDOR v. BOYD

No. 253P95

Case below: 119 N.C.App. 204

Petition by defendants (Barbara Burgin, Tommy G. Boyd, Jr., Carolyn Clayton, Robert M. Chafin and John Lyndon Chafin) for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

BERKELEY FEDERAL SAVINGS BANK v. TERRA DEL SOL, INC.

No. 271PA95

Case below: 119 N.C.App. 249

Petition by defendants (Terra Del Sol, Inc., Smith, Lindenwood, Ilex, Horizon, Foxfire, First Resort & Ranch Resorts) for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1995.

BRITTHAVEN, INC. v. N.C. DEPT. OF HUMAN RESOURCES

No. 196P95

Case below: 118 N.C.App. 379

Petition by petitioner (Britthaven) for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

BROWN v. BROWN

No. 318P95

Case below: 119 N.C.App. 604

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.